

## *Project Latter Rain*
## *Religious Liberty Advocacy Services*
## *Box 30033*
## *7000 Adventist Blvd. N.W.*
## *Huntsville, AL 35896*
## *256.457.9741*

Date:11-7-22

To Whom It May Concern:

**RE: Requesting Immunization Exemption for based on Religious Beliefs**

I am writing this letter on behalf of Mrs.Claire Seme who has requested this letter of recommendation from me as a religious leader for exemption from influenza vaccine and Covid-19 immunization for religious reasons. Mrs.Claire Seme believes in religious liberty and liberty of conscience in their duty to God as their 1st amendment right of freedom of religion which protects them against mandates that prohibits their liberty to exercise their religion which espouses force in any manner. Mrs. Claire Seme believes that the "…body is the temple of God." (1 Corinthians 6:19) which leads them to take care of their bodies as a steward of God's temple by health and immune building lifestyle practices and also refraining from any practice, lifestyle or ingestion that could possibly harm their bodies. With reports in the mainstream media of negative side-affects (death included) in a number of Covid 19 vaccine cases causes the recipient of this letter hesitancy in regarding this vaccine as safe for their health which according to their personal religious belief is their sacred duty to God.

In addition to protection in Title 2 in the Civil Rights Act, U.S. Code 42§§ 2000 (a), recent court decisions have upheld the rights of individuals seeking exemptions from immunizations based upon "personal" religious beliefs. (Sherr and Levy vs. Northport East-Northport Union Free School District, 672 F. Supp. 81, (E.D.N.Y., 1987); (Allanson vs. Clinton Central School District, U.S. District Court, Northern District Court, Northern District of New York (84 CV 174), 1984; Campain vs. Marlboro Central School District, Supreme Court Ulster County Special Term, November 15, 1985; Brown vs. City School District, 429 NYS2d 355; Maier vs. Besser, 73 Misc.2d 241).

Mrs.Claire Seme is exercising their right under the **First Amendment of the US Constitution** and **§C.R.S. 25-4-1704 (4) (b)** to receive Religious Exemption from vaccinations. Applicable law has been interpreted to mean that a religious belief is subject to protection even though no religious group espouses such beliefs or the fact that the religious group to which the individual professes to belong may not advocate or require such belief. Title VII of the Civil Rights Act of 1964 as amended Nov. 1, 1980; Part 1605.1-Guidelines on Discrimination Because of Religion. I am confident that you will be able to arrange a suitable accommodation (ie: weekly testing; mask wearing etc.) for Mrs.Claire Seme and that when you do so, you will secure their loyalty and dedication to be the best employee they can be. her respect for God's authority that leads her to be in respect for the best interests of your company and giving their very best service at work. Thank you in advance for your anticipated cooperation with this request.

Sincerely,

Isaac Olatunji Jr., M.Div., PhD
Ordained Minister
Religious Liberty Advocate and Consultant
Huntsville, AL

# Request for Religious Accommodation from COVID-19 Vaccination

## Part 1 – To be completed by the employee

| Name (print): | Date: |
|---|---|
| Claire Seme | 11-30-21 |
| **Facility:** | **Position:** |
| Autumn Care of Statesville | CNA |
| **Manager:** | **Work/Cell Phone:** |
| | 704-883-9700 |
| **Date of Request:** | |
| 11-30-21 | |

I am requesting an accommodation from the Facility's COVID-19 vaccination policy for religious reasons.

Length of time the accommodation is needed ___Permanent___

**Describe the religious belief, practice or observance that is causing you to seek this accommodation:**

I am a strong and faithful Seventh Day Adventist member. In my faith it is not godly to take the

COVID-19 vaccine.

**Please describe in detail how such religious belief, practice, or observance conflicts with your receipt of a COVID-19 vaccination pursuant to our policy.**

I am true to my religion just like I am true to my hard work and dedication to Autumn Care.

19 years, 5 months I have worked in faith and commitment to my job and my patients. I refuse to

take the vaccine because I refuse to lose my salvation because I took this vaccine.

1

11.12.2021

Please describe how the religious belief, practice, or observance you have identified above effects other aspects of your life, such as if it prevents you from receiving other vaccinations or certain medical care:

My religious belief does change every aspect of my life because I am faithful and loyal to my belief.

My lifestyle is different because of my belief and yes it does prevent me from getting certain medical

care.

Describe any alternate accommodations that might address your needs:

Provide more PPE equipment to keep the environment safe for everybody. Also, continuing to

take the COVID testing.

Is there anything else you would like the Facility to know about your request for accommodation? If so, please provide that information here or attach any documents you wish to provide.

I just want the Facility to know that I am not going to take the vaccine because of my faith.

This decision will not inhibit my ability to do my very best at work and work hard everyday.

**Employee Acknowledgment:** I verify that the information I am submitting to substantiate my request for exemption from the Facility's vaccination policy is true and accurate to the best of my knowledge. I understand that any falsified information can lead to disciplinary action, up to and including termination.

I understand that the Facility may need to obtain additional information regarding my religious practice and beliefs to further evaluate my request for a religious accommodation.

I further understand that the Facility is not required to provide this accommodation if I have not identified a sincerely held religious belief, practice, or observance that conflicts with the COVID-19 vaccination policy or if the accommodation is not reasonable or would create an undue hardship for the Facility.

**Employee signature:** Claire Seme          **Date:** 11-30-21

Case 5:23-cv-00152-KDB-SCR   Document 1-2   Filed 09/25/23   Page 4 of 4